LAWRENCE G. BROWN
Acting United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:08-CR-00280 OWW |
| Plaintiff, | ) | |
| v. | ) | **CORRECTED** STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER THEREON |
| ELIGIO SANTAMARIA, et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motions/status conference hearing currently set for **July 27, 2009** may be continued to **August 17, 2009 at 9:00 a.m.**  The parties are requesting that the following briefing schedule be set:

      Response to be filed by July 27, 2009;

      Reply to be filed by August 10, 2009;

This request is being made due to Ms. Servatius having a family emergency and is unavailable.  The parties agree that the delay resulting from the continuance shall be excluded in

///
///
///
///

1  the interests of justice, including but not limited to, the need for the period of time set forth herein
2  for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(8)(B)(i), and
3  3161(h)(7)(B)(iv).

Dated: July 16, 2009                                           LAWRENCE G. BROWN
                                                               Acting United States Attorney

                                                    By:        /s/   Kathleen A. Servatius
                                                               KATHLEEN A. SERVATIUS
                                                               Assistant U.S. Attorney

Dated: July 16, 2009                                            /s/   Carl Faller
                                                               CARL FALLER
                                                               Attorney for Defendant
                                                               ELIGIO SANTAMARIA-LOPEZ

Dated: July 20, 2009                                            /s/   Douglas J. Beevers
                                                               DOUGLAS J. BEEVERS
                                                               Attorney for Defendant
                                                               JORGE ARTEAGA-SOTELA

Dated: July 16, 2009                                            /s/   J.M. Irigoyen
                                                               J.M. IRIGOYEN
                                                               Attorney for Defendant
                                                               MANUEL NUNO-ESTRADA

Dated: July 16, 2009                                            /s/   John F. Garland
                                                               JOHN F. GARLAND
                                                               Attorney for Defendant
                                                               MICHAEL A. SOTO

Dated: July 16, 2009                                            /s/   Daniel A. Bacon
                                                               DANIEL A. BACON
                                                               Attorney for Defendant
                                                               MANUEL FLORES-GUILLEN

Dated: July 16, 2009                                            /s/   Barbara H. O'Neill
                                                               BARBARA HOPE O'NEILL
                                                               Attorney for Defendant
                                                               ANSELMO LUPERCIO

///

2

ORDER CONTINUING HEARING DATE

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A),  3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

**Dated:   July 24, 2009**                              _____/s/ Oliver W. Wanger_____
                                                        UNITED STATES DISTRICT JUDGE

3