DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Public Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE ATEAGA-SOTELO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-00280-OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE ADVANCE SENTENCING DATE AND ORDER THEREON |
| v. | ) ) | Date: September 21, 2009 |
| JORGE ATEAGA-SOTELO, et al. | ) ) | Time: 1:30 p.m.<br>Judge: Hon. Oliver W. Wanger |
| Defendant. | ) ) ) ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above matter now set for October 26, 2009, **may be advanced to September 21, 2009 at 1:30 p.m.**

This continuance is requested by counsel for the defendant because the parties are prepared to proceed at this time.

///
///
///
///
///
///

Exclusion of time to complete sentencing is not required.

                                              LAWRENCE G. BROWN
                                              Acting United States Attorney

DATED: September 16, 2009        By   /s/ Kathleen A. Servatius
                                              KATHLEEN A. SERVATIUS
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: September 16, 2009        By   /s/ Douglas J. Beevers
                                              DOUGLAS J. BEEVERS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JORGE ATEAGA-SOTELO

## ORDER

IT IS SO ORDERED.

**Dated:   September 16, 2009**           **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE